UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-241-TSZ |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| CHADWICK EDWARD ASHEIM, | ) | |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on May 12, 2006. The United States was represented by AUSA Leonie G. H. Grant and the defendant by Jennifer E. Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 8, 2002 by the Honorable Thomas S. Zilly on a charge of Bank Robbery (four counts), and sentenced to 51 months custody on each count to be served concurrently, 3 years supervised release. (Dkt. 23.)

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, participate in mandatory drug testing, participate in a drug treatment program, abstain from alcohol, submit to search, participate in a mental health program,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

pay restitution in the amount of $4,778.00, provide his probation officer with access to financial information, and not obtain any new credit without permission.

Defendant's conditions of supervised release were modified on December 21, 2005 to require him to reside in a community corrections center for up to 120 days to assure compliance with other conditions of release and to obtain other services. (Dkt. 25.)

In an application dated April 18, 2006 (Dkt 26), U.S. Probation Officer Mark J. Chance alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a community corrections center resulting in his termination from the program on or about April 16, 2006 in violation of an order modifying supervision.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 32.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been released on the conditions of supervised release, plus additional conditions as set forth in an appearance bond. He will be required to reside with his mother pending placement in a clean and sober house or community

/ / /

/ / /

/ / /

corrections center.

DATED this 12th day of May, 2006.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:         Honorable Thomas S. Zilly
      AUSA:                   Leonie G. H. Grant
      Defendant's attorney:   Jennifer E. Wellman
      Probation officer:      Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3