UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADWICK EDWARD ASHEIM,<br><br>Defendant. | CASE NO. CR02-241 TSZ<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted an evidentiary revocation hearing in this case on January 19, 2007. The United States was represented by Leonie Grant. The defendant was represented by Jennifer Wellman.

## CONVICTION AND SENTENCE

Defendant had been convicted of four counts Bank Robbery on or about November 8, 2002. The Hon. Thomas S. Zilly of this court sentenced Defendant to 51 months of confinement for each count, to run concurrently, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation officer Brian Facklam for Catherine Sandstrom alleged that Defendant violated the conditions of supervised release in 2 respects:

(1) Using opiates on or about December 7, 2006, in violation of standard condition number 7.

(2) Failing to appear for drug testing on June 26, November 24, December 14, and December 26, 2006, in violation of special condition number 3.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted violations 1-2 as alleged, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 19th day of January, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         :  Hon. Thomas S. Zilly
     Assistant U.S. Attorney  :  Leonie Grant
     Defense Attorney         :  Jennifer Wellman
     U.S. Probation Officer   :  Catherine Sandstrom

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-